

ב"ה

January 2, 2015

**VIA ECF TO:**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza South, 704S
Brooklyn, NY 11201

    Re:    *Huebner v. Midland Credit Management*, **Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

Please be advised that I represent Plaintiff in this action.

Your Honor scheduled an Initial Status Conference for December 16, 2014 at 2:45 p.m. Subsequently, because the Defendant had not yet appeared in this action, the Initial Status Conference was adjourned to December 8, 2015 at 2:15 p.m.

Unfortunately, I am suffering from a debilitating illness, presently I am in Florida receiving therapy and I will not be returning to New York until the end of January.

Due to the foregoing I am requesting that the Initial Status Conference be adjourned to February of 2015. Moreover, I contacted counsel for the Defendant and he consented to my request for an adjournment.

    Respectfuly,

    POLTORAK PC

    / s / Elie Poltorak

    _____
    Elie Poltorak

EP:ah