



February 2, 2015

**VIA ECF TO:**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza South, 704S
Brooklyn, NY 11201

    **Re:**    *Huebner v. Midland Credit Management,* **Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

    Your Honor scheduled an Initial Status Conference for December 16, 2014 at 2:45 p.m. However, because the Defendant had not yet appeared in this action, the Initial Status Conference was adjourned to December 8, 2015 at 2:15 p.m. Subsequently, due to my illness this matter was adjourned to February 2, 2015 at 11:30 a.m. I flew in from Florida last week and fully expected to attend the Initial Status Conference.

    Unfortunately, I have suffered an extreme flare-up, due to my condition, pain medication, extreme difficulty in traveling in a wheel chair in inclement weather, and difficulty in accessing the courthouse by wheel chair in inclement weather due to courthouse street closures, I must apologize to the Court and to counsel and inform you that I am unable to appear in person today.



Page 2

Due to the foregoing I am requesting that I be allowed to appear by phone for the Initial Status Conference or alternatively that Plaintiff be granted an adjournment and that I be afforded the opportunity to contact counsel and the Court to re-schedule the Initial Status Conference.

I have also notified counsel for the defendant of the foregoing by e-mail this morning.

          Respectfully,

          POLTORAK PC

          / s / Elie Poltorak

          _____
          Elie Poltorak

EP:ah