

ב"ה

March 2, 2015

**VIA ECF TO:**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza South, 704S
Brooklyn, NY 11201

      Re:    *Huebner v. Midland Credit Management*, **Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

As Your Honor knows I represent the Plaintiff in this action.

By Order dated February 11, 2015 (the "Order") Your Honor directed that on or before February 18, 2015 my client and I show cause why this Court should not dismiss the action, award fees and costs, or issue sanctions pursuant to Rule 11. Subsequently, Your Honor granted Plaintiff's request for a two week extension and adjourned the OSC to March 4, 2015.

However, it has come to our attention that the electronic transcript of the recording of the October 17, 2013 conversation between the parties (the "Recording"), attached to the Order as Exhibit A, has substantial errors and omissions.

We have now ordered a certified transcript of the Recording from Pirozzi & Hillman, thus, my client and I are requesting a further extension of two weeks to March 18, 2015 to comply with Your Honor's Order.

                                                Respectfuly,

                                                POLTORAK PC

                                                / s / Elie Poltorak

                                                _____
                                                Elie Poltorak

EP:ah