# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

**ATTORNEYS-AT-LAW     WWW.MARSHALLDENNEHEY.COM**

A  PROFESSIONAL  CORPORATION

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: 212-376-6433
Email: mbjohnson@mdwcg.com

| | |
|---|---|
| **PENNSYLVANIA** | **OHIO** |
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | **FLORIDA** |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Cherry Hill | Long Island |
| Roseland | New York City |
| **DELAWARE** | Westchester |
| Wilmington | |

March 2, 2015

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza South
Brooklyn, NY 11201

      **Re: <u>Huebner v. Midland Credit Management, Inc.</u>, Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

      I represent Defendant Midland Credit Management in this matter and I write in response to Plaintiff's counsel's second request for an extension to respond to the Court's Order of February 11, 2015.

      Plaintiff's counsel did not consult me in connection with this request, nor did he consult me in connection with the previous request. Further, I was unable to identify any substantive errors in the transcript of the recording as set forth in Exhibit A to the Court's Order.

      For these reasons, Midland opposes Plaintiff's counsel's second request for an extension.

      Very truly yours,

Matthew B. Johnson

MBJ