UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVI HUEBNER on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>*Defendant.* | Case:   14-cv-6046 (BMC) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE upon the attached attorney affidavit accompanied by its exhibits with along with Plaintiff's Response with Memorandum that Elie C. Poltorak for POLTORAK PC, attorney for plaintiff Levi Huebner and all others similar situated, will move the Court before the Honorable Brian M. Cogan, USDJ on April 15, 2015 at 10:00 am or as soon as thereafter counsel can be heard on the Court's schedule, in the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 pursuant to: FRCP Rule 60(b)(1), (3), and (6) to vacate the Memorandum Opinion and Order to Show Cause dated February 11, 2015; and  28 U.S.C. §§ 144 and 455  for reassignment of this case; and 28 U.S.C. § 1292 for leave to appeal before the entry of a judgment or any sanction, if any part of this application is denied.

**POLTORAK PC**,

*By*: Elie C. Poltorak
668 Crown Street
Brooklyn, NY 11233
Tel: (718) 943-8815
Email: elie@poltoraklaw.com

*Attorneys for Plaintiff*