

ב"ה

April 24, 2015

**VIA ECF TO:**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza South, 704S
Brooklyn, NY 11201

      Re:      *Huebner v. Midland Credit Management*, **Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

As Your Honor knows I represent the Plaintiff in this action.

By Order dated February 11, 2015 (the "Order") Your Honor directed that on or before February 18, 2015 my client and I show cause why this Court should not dismiss the action, award fees and costs, or issue sanctions pursuant to Rule 11.

By electronic order dated March 2, 2015, Your Honor extended Plaintiff's deadline to March 18, 2015, wherein on that date, Plaintiff and his counsel duly filed their Response.

On April 8, 2015 Your Honor granted, Plaintiff's first request for an extension for Plaintiff to file his Opposition to Defendant's Reply to April 24, 2015.

Unfortunately, due to unexpected personal difficulties I am unable to file Plaintiff's Opposition today. Thus, I am requesting that Plaintiff be granted a second extension to file his Opposition to April 28, 2015. My office contacted Mathew B. Johnson, counsel for Defendant and he consented to Plaintiff's request.

                              Respectfuly,

                              POLTORAK PC

                            / s / Elie Poltorak

                            _____

                            Elie Poltorak

EP:yw