UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
LEVI HUEBNER on behalf of himself and all others similarly situated,

                              Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC.,

                              Defendant.
----------------------------------------------------------------------X

Case No. 14-cv-6046 (BMC)

**NOTICE OF APPEARANCE**

C O U N S E L O R S:

      **PLEASE TAKE NOTICE** that the undersigned an attorney admitted to practice in this court appears for the Plaintiff, Levi Huebner, as Of Counsel to Poltorak PC, in this matter and demands that all papers and notices be served on the undersigned at the address denoted below.

Dated:     Brooklyn, New York
              May 6, 2015

**POLTORAK, PC**

By: /s/ Jacob Fogel
      Jacob Fogel
      Of Counsel

668 Crown Street
Brooklyn, NY 11233
Telephone: (718) 943-8815
Direct:     (917) 974-2728

*Attorneys for Plaintiff*