```
&&RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653087903
Cashier ID: taronji
Transaction Date: 05/07/2015
Payer Name: Elle C. Poltorak
---------------------------------
SANCTIONS/CONTEMPT FINES
 For: Elle C. Poltorak
 Case/Party: D-NYE-1-14-CV-006046-000
 Amount:         $500.00
---------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $500.00
---------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```

Payment for the sanction so ordered
by Judge Cogan 5/1/2015