**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEVI HUEBNER** on behalf of himself and all other similarly situated consumers,<br><br>                    Plaintiff,<br>- against -<br><br>**MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING LLC**<br><br>                    Defendants. | **Civil Action No. 1:14-cv-06046-BMC**<br><br>**CORPORATE DISCLOSURE STATEMENT OF MIDLAND FUNDING, LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, Midland Funding, LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

Encore Capital Group, Inc. is a publicly-held company that wholly owns Midland Funding, LLC.

New York, New York
Dated: May 28, 2015

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.

By: _____/s/_____
Matthew B. Johnson (MJ 1622)
Attorneys for Defendants Midland Credit Management, Inc. and Midland Funding, LLC
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6433