**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEVI HUEBNER** on behalf of himself and all other similarly situated consumers, | **Civil Action No. 1:14-cv-06046-BMC** |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - against - | |
| **MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING LLC,** | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Matthew B. Johnson of Marshall Dennehey Warner Coleman & Goggin, hereby enters an appearance as counsel for Defendant Midland Funding, LLC and requests that copies of all papers, notices and other matters filed in this case be provided to the undersigned.

New York, New York
Dated: May 28, 2015

                              **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

        By:        /s/
                Matthew B. Johnson (MJ 1622)
                Attorneys for Defendants
                Midland Funding, LLC and Midland Credit Management, Inc.
                88 Pine Street, 21st Floor
                New York, New York 10005
                (212) 376-6433
                MBJohnson@mdwcg.com