UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVI HUEBNER on behalf of himself and all other similarly situated consumers,<br><br>            *Plaintiff,*<br><br>    - against -<br><br>MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING LLC,<br><br>            *Defendants.* | Case: 14-cv-6046 (BMC) |

## STIPULATION

**IT IS STIPULATED AND AGREED** by and between counsel to the parties as follows:

  1. Pursuant to FRCP Rule 15(a)(2), Plaintiff may file a Third Amended Complaint on or before June 5, 2015.

  2. Pursuant to FRCP Rule 4(d)(3), Defendants waive personal service of the Third Amended Complaint and accept service of same via the Court's ECF system.

  3. Pursuant to FRCP Rule 15(a)(3), Defendants will file a responsive pleading to the Third Amended Complaint within 14 days after service of the Third Amended Complaint.

  4. Nothing herein prohibits the parties from seeking additional time, if so necessary.

Dated: Brooklyn, NY
    May 29, 2015

| | |
|---|---|
| POLTORAK PC<br><br>/s/ Jacob T. Fogel<br>_____<br>By: Jacob T. Fogel<br>   Of Counsel<br>26 Court Street, Suite 908<br>Brooklyn, NY 11242<br>*Attorneys for Plaintiff* | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br><br>/s/ Matthew B. Johnson<br>_____<br>By: Matthew Brady Johnson<br>Wall Street Plaza<br>88 Pine Street, 21st Floor<br>New York, NY 10005<br>*Attorneys for Defendants* |