# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

| | |
|---|---|
| **PENNSYLVANIA** | **OHIO** |
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | **FLORIDA** |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Cherry Hill | Long Island |
| Roseland | New York City |
| **DELAWARE** | Westchester |
| Wilmington | |

Direct Dial: 212-376-6433
Email: mbjohnson@mdwcg.com

July 22, 2015

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>Huebner v. Midland Credit Management, Inc. et al.</u>, Case No. 1:14-cv-06046-BMC
     Request to Adjourn Status Conference

Dear Judge Cogan:

I represent the Defendants in this matter. Today, the Court set a Status Conference in this matter for August 5, 2015, at 11:30 AM. I respectfully request that this conference be adjourned to a later date, as I will be traveling that week.

This is the first request to adjourn this conference. Opposing counsel has no objection to this request. The other dates previously scheduled in this matter are as follows:

| | |
|---|---|
| Defendant's response to Plaintiff's written discovery requests: | August 10, 2015 |
| Depositions of Plaintiff and Defendants' 30(b)(6) witnesses completed by: | August 24, 2015 |
| Plaintiff's Motion for class certification (if any): | September 1, 2015 |
| Fact discovery completed: | October 1, 2015 |

Respectfully,

Matthew B. Johnson

Cc via ECF:  Elie Poltorak
             Jacob T. Fogel
             Leopold Gross