

ב"ה

August 11, 2015

**VIA ECF TO:**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza South, 704S
Brooklyn, NY 11201

      Re:    *Huebner v. Midland Credit Management,* **Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

Please be advised that I represent Plaintiff in this action.

Your Honor scheduled a Status Conference for August 5, 2015 at 11:30 p.m. Subsequently, pursuant to Defendants request the Status Conference was adjourned to August 12, 2015 at 10:30 a.m.

Unfortunately, due to my illness, I cannot appear on August 12, 2015 in person. Thus, I am requesting that I be allowed to appear telephonically. My of counsel, Leopold Gross is out of the country, and Jacob Fogel is not available.

Alternatively, I am requesting that the Status Conference be adjourned to any afternoon wherein Mr. Fogel will be available. Moreover, I contacted counsel for the Defendants and he consented to the foregoing request.

    Respectfuly,

    POLTORAK PC

    / s / Elie Poltorak

    _____
    Elie Poltorak

EP:ah