# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

| PENNSYLVANIA | OHIO |
|---|---|
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | **FLORIDA** |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Cherry Hill | Long Island |
| Roseland | New York City |
| | Westchester |
| **DELAWARE** | |
| Wilmington | |

Direct Dial: 212-376-6433
Email: mbjohnson@mdwcg.com

August 16, 2015

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza South
Brooklyn, NY 11201

Re:   Huebner v. Midland Credit Management, Inc. et al., Case No. 14-cv-06046BMC
Request for Extension of Time to Conduct Deposition of Corporate Representative

Dear Judge Cogan:

I represent Defendant Midland Credit Management, Inc. and Midland Funding, LLC ("Midland") in this matter and I write to request an extension of time for Plaintiff to conduct the deposition of Midland's corporate representative.

On August 10, 2015, Plaintiff's counsel informed me that Plaintiff wishes to depose Midland's corporate representative in person in the Eastern District of New York. Midland's representative has agreed to come to the Eastern District to be deposed, however, she is not able to appear before the present deadline to complete depositions, which is August 24, 2015. Therefore, Midland respectfully requests an extension of time, through September 24, 2015, for Plaintiff to depose Midland's corporate representative. The deposition of Plaintiff is set to take place on August 17, 2015, thus no extension request is expected in connection with that matter.

On July 21, 2015, the Parties jointly requested an extension of time to complete discovery, which was granted in part and denied in part, extending some of the discovery deadlines.

Regarding the present request, Plaintiff's counsel stated that Plaintiff would only consent to this extension request if Midland agreed to allow Plaintiff to book Midland's representative's travel arrangements, including the flight and hotel accommodations. Midland responded that it would make appropriately modest travel and lodging

The Honorable Brian M. Cogan
August 16, 2015
Page 2

_____

arrangements and refused Plaintiff's request, as Midland uses its own travel agents for such matters. Plaintiff's counsel again stated that he will not provide consent.

Presently pending are the following deadlines:

Plaintiff's Motion for Class Certification (if any):   September 1, 2015

Fact Discovery to be completed:                        October 1, 2015

Midland proposes extending these deadlines by one month each, to October 1, 2015 and Monday, November 2, 2015, respectively. Midland requested Plaintiff's counsel's consent to this portion of the request but did not receive a response. I note that I issued the request on a Sunday evening, though I had been corresponding with Plaintiff's counsel shortly before sending the request.

Respectfully,

Matthew B. Johnson

Cc (via ECF): All counsel of record