# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW      WWW.MARSHALLDENNEHEY.COM

A  PROFESSIONAL  CORPORATION

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: 212-376-6433
Email: mbjohnson@mdwcg.com

| PENNSYLVANIA | OHIO |
|---|---|
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | FLORIDA |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |
| | Westchester |
| DELAWARE | |
| Wilmington | |

August 18, 2015

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza South
Brooklyn, NY 11201

> **Re:    Huebner v. Midland Credit Management, Inc., Case No. 14-cv-06046-BMC**
> **Joint Request for Entry of Protective Order**

Dear Judge Cogan:

I represent Defendant Midland Credit Management, Inc. ("Midland") in this matter. I write on behalf of both Plaintiff Huebner and Midland to jointly present a Proposed Stipulated Protective Order, attached as Exhibit A.

The Parties respectfully request entry of the proposed order to complete agreed upon document production between the two parties. Both Plaintiff's counsel and I have reviewed, approved and electronically signed the proposed order, and Plaintiff's counsel approved its filing.

Respectfully,

Matthew B. Johnson

Cc (via ECF): All counsel of record