**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**LEVI HUEBNER**,

           Plaintiff,

-against-

**MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING LLC**,

           Defendants.

**CASE NO. 1:14-cv-06046-BMC**

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Andrew M. Schwartz, on behalf of Defendants, Midland Credit Management, Inc. and Midland Funding, LLC, in the above-captioned matter.

                                        **MARSHALL DENNEHEY WARNER**
                                        **COLEMAN & GOGGIN, P.C.**

                       By:    */s/ Andrew M. Schwartz*
                                Andrew M. Schwartz
                                2000 Market Street, Suite 2300
                                Philadelphia, PA 19103
                                (215) 575-2765 / (215) 575-0856 (f)
                                Amschwartz@mdwcg.com
                                Attorneys for Defendants Midland Credit Management, Inc. and Midland Funding, LLC

Dated: <u>September 1, 2015</u>

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LEVI HUEBNER,

          Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING LLC,

          Defendants.

**CASE NO. 1:14-cv-06046-BMC**

**CERTIFICATE OF SERVICE FOR ENTRY OF APPEARANCE**

I, Andrew M. Schwartz, Esquire, do hereby certify that a true and correct copy of the Entry of Appearance on behalf of Defendants Midland Credit Management, Inc. and Midland Funding, LLC, was served upon all counsel via ECF on September 1, 2015.

          **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By:   */s/ Andrew M. Schwartz*
Andrew M. Schwartz
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2765 / (215) 575-0856 (f)
Amschwartz@mdwcg.com
Attorneys for Defendants Midland Credit Management, Inc. and Midland Funding, LLC

2