UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEVI HUEBNER on behalf of himself and all	Case No. 14-cv-6046
others similarly situated,	(BMC)

                         Plaintiff,	**NOTICE OF APPEARANCE**

  -against-

MIDLAND CREDIT MANAGEMENT, INC.,
and MIDLAND FUNDING LLC

                        Defendant.
-------------------------------------------------------------------X
C O U N S E L O R S:

    **PLEASE TAKE NOTICE** that the undersigned an attorney admitted to practice in this court appears for the Plaintiff, Levi Huebner, as Of Counsel to Poltorak PC, in this matter and demands that all papers and notices be served on the undersigned at the address denoted below.

Dated:     Brooklyn, New York
               September 4, 2015

                                                **Law Office of Jacob T. Fogel**

                                                / s / Steven Goldman
                                     By: _____
                                             Steven Goldman
                                             Of Counsel

                                     26 Court Street, Suite 908
                                     Brooklyn, NY 11242
                                     Telephone: (718) 938-0650

                                     *Attorneys for Plaintiff*