

**Gustavo F. Bruckner**
Partner

June 23, 2016

**VIA ECF TO:**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Huebner v. Midland Credit Management, Inc. et al.</u>, No. 1:14-cv-06046-BMC
              **Letter Regarding Extension for Plaintiff's Response to Motion**

Dear Judge Cogan:

    Pomerantz LLP, co-counsel for plaintiff Levi Huebner ("Plaintiff"), respectfully submits this letter requesting the Court to extend the date by which Plaintiff may respond to defendants Midland Credit Management, Inc. and Midland Funding LLC's ("Defendants") Motion for Sanctions against Plaintiff and Plaintiff's Counsel ("Defendants' Motion"). Defendants' Motion was filed on June 13, 2016, and Plaintiff's response is currently due on June 27, 2016.

    There has been no previous request for extensions of time in connection with Defendants' Motion. Counsel for Defendants has agreed to extend the deadline to **July 12, 2016**. Accordingly, Plaintiff's counsel respectfully requests that the Court grant its request, and permit Plaintiff to file his response to Defendants' Motion on that date. There are no hearing dates currently pending in this matter.

                                            Sincerely,

                                            Gustavo F. Bruckner

gfbruckner@pomlaw.com
600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com
NEW YORK     CHICAGO     LOS ANGELES     WESTON, FL