# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases**

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive my right to receive service of court issued documents by first class mail** and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.
  Initial here _L.M_

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.
  Initial here _L.M_

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.
  Initial here _L.M_

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.
  Initial here _L.M_

- I understand that electronic service **does not allow me to file documents electronically** and does **not mean that I can serve documents by e-mail to the opposing party**. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.
  Initial here _L.M_

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.
  Initial here _L.M_

Date: 8-23-16            Signature: _L. M_

Case No: 14 CV 6046 (Bmc)    Print Full Name: Lev. Hugsner

Telephone No.: 212-354-5555   Email Address: Newyorklawyer@msn.com

~~Home~~ Office Address: 535 Dean Street Suite 100 Brooklyn NY 11217

Return form to:   U.S.D.C., E.D.N.Y. - Pro Se Dept.
                  225 Cadman Plaza East   or   100 Federal Plaza
                  Brooklyn, NY 11201           Central Islip, NY 11722

8/2013