# Exhibit A

<br>

07/27/10 11AM-2PM    TBL CALL   HUEBNER      PAUL       7836-716303- 1
DUAL      OPR ID GJB              478 MALBONE ST # 1
HM# 7187569815 BS#                BROOKLYN        NY 11225
TECH#  5720   JOB# 11             ORDER DATE 07/26/10
START 1:50 END TIME 5:00          R/A: Y  (N) TECH# 5720 JOB# 11
1 1 1 1 1 0 0 0 0 0 0 0

| SERVICES | TASKS | HISTORY |
|---|---|---|
| 2G 1 OOL/No Video | OV Jack/Wiring | 02/24/06 TBL CALL COMPLETE |
| 2S 1 Optimum Voice | OV No Dial Tone | IntConct OV Modem T# 196 |
| | Check Modem | InCnWrSp |
| | Free Diagnosis | 01/15/06 INSTALL COMPLETE |
| | Voice Modem | T# 594 |
| | | T# |

TRIP CHARGE:RES/$34.95   BUS/$46.95  (NO CHARGE)   CUST INIT_____

WRITE HFC MAC ID
INSIDE THIS SQUARE     PRIMARY FIX | SECONDARY | CUST INITIAL
AND                         161          282       FOR CHARGE
PLACE NEW MODEM
STICKER HERE

********************** EQUIPMENT **********************
IN  12258BD2BC 53   P IN IPT3473508789 15   P
OUT                 F OUT                    F
IN                  P IN                     P
OUT                 F OUT                    F
IN                  P IN                     P
**** NEW CONVERTER *** OUT  F OUT            F
IN                  P IN                     P
OUT                 F OUT                    F
P IN                P IN                     P
F OUT               F OUT                    F

GROUND: A  POLE# (IVR:)      FTA: 1  WIP: X=CLOVE & NEW YORK
AMPERAGE:  MAP: 34U TAP  RTE:01305  PHONE=917-701-5432 / 212-354-5555
DROP CERT(P)F HHC(P)F/NA TRP OOL/BB(NA)  CHK JACK
WORK PTS:11 CONSTR:M                     SI: No Scl Inst
TAG:K319149 NEW TAG: K319149
CENSUS35F026 NODE    RX 8.7 TX 462 NR 34.1 H/C
STATUS: COMP/RESCH/NOT DONE/CANCELLED
RF LEVELS CH4 UV CH12 UV CH21 UV CH29 UV CH70 UV CH106 UV CH116 UV CLIP
buchara@optantine.net
COMMENTS: There is a feed in Line Coming from Verizon Box
unable To Locate and disconnect I Con only Correct Problem
By Running new Line Sub would Like it To work same way

OPTIMUM VOICE CUSTOMERS
E911 NOTIFICATION: In the event of a power outage, and provided you do not have battery backup on your modem, you will not have E911 service. If your service is disconnected or interrupted, you will not have E911 service. If you relocate the modem to a different address, you must notify Cablevision in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.
SECURITY AND MEDICAL ALERT SYSTEM LIMITATIONS: You acknowledge that Cablevision does not support the use of any Optimum Voice service as a connection for (i) emergency medical alert systems, (ii) all high security monitoring systems (UL 681 or similar) or (iii) fire alarm systems (UL 864 or similar). You acknowledge that it is your sole responsibility to contact your central station monitoring provider to test and verify that your security system is in good working order and that you are responsible for any additional work required to ensure the proper operation of your security system.

CUSTOMER ACCEPTANCE
Please confirm your satisfaction with installation/repair of the Optimum product/service(s) and verify all equipment prior to signing this document. Please note charges listed above may not include franchise fees, taxes, equipment and other charges. Promotional offerings subject to terms (i.e. length of promotion) provided at time of sale. BY SIGNING BELOW, CUSTOMER ACKNOWLEDGES THAT ALL INFORMATION ON BOTH SIDES OF THIS WORK ORDER, INCLUDING E911 NOTIFICATION AND SECURITY AND MEDICAL ALERT SYSTEM LIMITATIONS STATED ABOVE AND GENERAL TERMS AND CONDITIONS OF SERVICE ON THE BACK, HAS BEEN READ AND AGREED TO.

Signed _____  Date 07/27/10 QC____ Tech Initials CKJ

CUSTOMER COPY