# Exhibit B

```
====================   Dated Subscriber    ====================
Verizon Case #: 15162374           Target #: 718-756-9815
================================================================
```

LEVI HUEBNER
478 MALBONE ST FL 1
BROOKLYN NY 11225-3200


*(Note from Legal Compliance: Dated Subscriber from 8/16/2010 to 3/21/2011.)*

Trouble History For:7187569815 Clip Date 11-24-10

```
11-24-10 0418P        ***VTH***      TN 718/756/9815        DPA                  STATE NY

----GENERAL INFORMATION----------------------------------------------------------------
TROUBLE REPORT NUM:            NYBQ01QU0D                GROUP TROUBLE REPORT NUM
REFERRED TROUBLE REPORT NUM:                             MAINTENANCE CENTER:          E BRKLYN STATEN
                                                                                      ISLAND NY DRC
SUBSEQUENT COUNT:              0                         SYSTEM RECIEVED DATE:        11/23/2010 11:05 AM
APPLICATION NAME:              VOICEPRTAL                OUT OF SERVICE REPORTED DATE:11/23/2010 11:05 AM
COMMITMENT DATE:               11/24/2010 06:00 PM       DEFAULT COMMITMENT DATE:     11/24/2010 06:00 PM
CONTACT NAME:                                            REPORTED BY TN:
REPORTED DATE:                 11/23/2010 11:05 AM       REPORTED BY:                 NONE
NO ACCESS FROM:                                          NO ACCESS TO:
PREMISE ACCESS FROM:           0800                      PREMISE ACCESS TO:           1800
CIRCUIT ACCESS FROM:                                     CIRCUIT ACCESS TO:
CLEC TYPE:                                               CLEC ID:
CHRONIC NUM:                   0                         ESCALATION LEVEL NUM:        0
DISP CTR ROUTING ADDRESS:                                DISP LOC ROUTING ADDRESS
DISPATCH REMARK:               1320;GC VRRC RS ,VER 54,
                               SPKE TO SUREE,CONFRMD
                               COMM, ADVSD T&M,;         DISPATCH TROUBLE TICKET NUM: BQ01QU0D
ESTIMATED ARRIVAL TIME:                                  ESTIMATED TIME TO RESTORAL:
NARRATIVE:                     A* AP = N AC = N/A MVC=YES CPE EXP SKIPPED
ASSOCFORMATTED LINEID:
----CODE INFORMATION-------------------------------------------------------------------
REPORT STATUS CODE:            CLD                       REPORT CATEGORY:             CR
EXCEPTION CODE:                VRRC/CB                   FIRST MLT VERIFICATION CODE:
TROUBLE TYPE CODE:             TRAN                      REPORT TYPE:                 TR
WORKLIST PRIORITY VALUE:       0                         SERVICE CLASS CODE:          N
----INDICATOR INFORMATION--------------------------------------------------------------
OUT OF SERVICE FLAG:           N                         ADVERSE COMMENT:             N
DISPATCH OUT INDICATOR:        Y                         DISPATCH AUTHORIZATION FLAG: Y
ALL PHONES:                    N                         ALL CALLS:                   N/N
TROUBLE AT NID:                                          ELECTRONIC BOND:             N
CARRY OVER:                    N                         CHRONIC FLAG:                N
MAINTENANCE CHARGE ADVISED:    B                         AUTO GROUP EXCLUDE IND:      Y
RESTORED DATE:                 11/24/2010 02:15 PM       CLOSED DATE:                 11/24/2010 04:18 PM
DISPOSITION CODE:              1320                      CAUSE CODE:                  699
```

```
TROUBLE CODE:                               ANALYSIS CODE:
SPECIAL STUDY CODE:                         CLOSED USER ID:
ADVISED CUSTOMER NAME:                      ADVISED CUSTOMER TN:
ADVISED CUSTOMER DATE:                      TROUBLE END CODE
BILLING INDICATOR:           N              LMOS CONVERTED INDICATOR:
EXCLUDE REASON CODE:         N              CUSTOMER NO ACCESS MIN:     1630
COMPANY NO ACCESS MIN:       1630           ACTUAL DURATION MIN:        1630
WORKSORTING CODE:            DO-RPR
CLOSEOUT DESCRIPTION:        CA *60MIN* VER 53 TIME CHARGE.NO RPRS W/O CAP FIX INSIDE W
```

Not for use or disclosure outside the Verizon companies except under written agreement. Copyright © 2005 Verizon.

C1DL2164

IDENTIFICATION SECTION

| | |
|---|---|
| BTN | 718 756-9815 |
| Customer Code | 496 |
| Completion Date | 2010-08-17 |
| Exchange Code | B |
| Application Date | 2010-08-13 |
| Application Time | 17:00:00 |
| Class Of Service | 1MR |
| Old Class of Service | RRM |
| Sales Code | ▮ |
| Due Date | 2010-08-16 |

DIRECTORY LISTING SECTION

| | |
|---|---|
| DEL | 1,1;1,1 |
| DDA1 | LA |

BILLING SECTION

| | | |
|---|---|---|
| Credit Card | LEVI HUEBNER CBR 9177015432 C 08-13-10 | I |
| CRV | 1000000027255822 | I |
| CONT | XXXX | I |
| Billing Name | LEVI HUEBNER | I |
| Billing Address | 478 MALBONE ST FL 1 | I |
| Billing Address (C..) | BROOKLYN NY 11225 | I |
| TAR | 500 | |
| BI | NONRC (CUSTOMER SATISFACTION); WNA | I |
| Line of Business | 01000 | I |
| DCR | CO | I |
| SSN | ********** | I |
| CC | C | I |
| Line of Business | 10200 | O |
| CUS | 495 | O |
| LSRN | WB20100816123456 | I |
| PCL | R 08-10 | O |
| EMA | NONE | I |

VARIABLE IDENTIFICATION SECTION

| | | |
|---|---|---|
| MONM | NY00068915420 | |
| ZMER | KZ | |
| CCK | JW 9148908007 | |
| PCL | LOCL | O |
| PCL | LOCL, LONG | I |
| CBR | 917 701-5432 | |
| AECN | TTLT | O |
| CCAR | TTLT | O |
| OCS | RRM | |
| WNBK | UNEP | |
| DRSV | NY06170605 | |
| NGD | 08-13-10 | I |

LISTING SECTION

| | | |
|---|---|---|
| Listing Name | SURIA, YAGUDAEV | O |
| Listing Address | 478 MALBONE, BROOKLYN, NY+ 11225 | O |
| Listing Name | HEUBNER, S | I |
| Listing Address | 478 MALBONE, BROOKLYN, NY+ 11225 | I |
| Service Address | 478 MALBONE, BROOKLYN, NY+ 11225 | |
| LOC | FLR 1 | |

REMARKS

APPROVED 08 13 10 17.39.23 TPVMEC 00 0000000
1-CUSTOMER REQUESTED A LD INTERNATIONAL PLAN
2-MR AUTHORIZED WINBACK
CBR 917 701-5432
NRC WAIVER REASON FOR 0AA36 IS CUSTOMER SATISFACTION
NRC WAIVER REASON FOR 0AA37 IS CUSTOMER SATISFACTION
CALLING PARTY MR
WELCOME
COFEE HELD ORDER
COFEE ORDER HELD FOR CREDIT 08 14 2010
COPPER ORDER CREATED IN COFEE DD 2 10 1 SO C1DL2164
▮ 08 13 2010 17 20 CSSC KINGSTON 449, BROADWAY, FL 3, KINGSTON,NY
(ZZ) REFER TO CVC POSSIBLE FR AUD REQ ID BEFORE RESUBMISSIO N, (TODAY S DATE 08 13 10)

```
(ZZ) CW PASS, (TODAY S DATE 0 8 13 10)
(Z)ORDR APVD OK 2 RLS PASS E ID 51000011645586 LKCVC
KRL
HELD ORDER RESUMED BY ,  ████  , 08 13 2010, 17 24 49
COPPER ORDER CREATED IN COFEE DD 08 16 10 SO C1DL2164
████  08 13 2010 17 31 CSSC KINGSTON 449, BROADWAY,
FL 3, KINGSTON,NY
756-9815, HH, 08-16, 03:47
RETURN FROM GDS SYSTEM
```

SERVICE & EQUIPMENT

TN : 718 756-9815

| Product | Quantity | Action | Fid  | Product / Fid Data |
|---------|----------|--------|------|--------------------|
| RRM     | 1        | C      | LCC  | Y41                |
|         |          |        | LPIC | TTU                |
|         |          |        | LPCX | 0081               |
|         |          |        | LPCA | SN, 03-22-04       |
|         |          |        | PIC  | TTU                |
|         |          |        | PICX | 0081               |
|         |          |        | PCA  | SN, 03-22-04       |
| 1MR     | 1        | T      | WNBK | UNEP               |
|         |          |        | RIE  |                    |
|         |          |        | TPVC | YYYYYY, MRS; 01    |
|         |          |        | LPIC | NYC                |
|         |          |        | LPCX | 0698               |
|         |          |        | LPCA | SN, 08-16-10       |
|         |          |        | PIC  | BAX                |
|         |          |        | PICX | 6963               |
|         |          |        | PCA  | SN, 08-16-10       |
|         |          |        | ZCID |                    |
|         |          |        | LCC  | OUT                |
| POR1X   | 1        | I      | TN   | 718 756-9815       |
| POR1X   | 1        | O      | TN   | 718 756-9815       |
| 9PZGU   | 1        | I      | TN   | 718 756-9815       |
| ONEBG   | 1        | I      | TN   | 718 756-9815       |
| AYW     | 1        | I      | TN   | 718 756-9815       |

Jul. 6. 2015 5:30PM                                                                                  No. 4457   P. 8

6-9815
6-9815
6-9815
6-9815
6-9815
6-9815
6-9815
6-9815

6-9815
6-9815

6-9815

6-9815

6-9815

| | | | | |
|---|---|---|---|---|
| ON1BS  | 1 | I | TN  | 718 756-9815 |
| AYW    | 1 | O | TN  | 718 756-9815 |
| MNV11  | 1 | O | TN  | 718 756-9815 |
| NSS    | 1 | O | TN  | 718 756-9815 |
| URCTB  | 1 | O | TN  | 718 756-9815 |
| UYP    | 1 | O | TN  | 718 756-9815 |
| U21    | 1 | O | TN  | 718 756-9815 |
| U9SAT  | 1 | O | TN  | 718 756-9815 |
| PMRTN  | 1 | I |     |              |
| PGO8F  | 1 | I | TN  | 718 756-9815 |
| N7PXA  | 1 | C | TN  | 718 756-9815 |
| N7PXA  | 1 | T | RIE |              |
| ESX    | 1 | C | TN  | 718 756-9815 |
| ESX    | 1 | T | RIE |              |
| ESC    | 1 | C | TN  | 718 756-9815 |
| ESC    | 1 | T | PKG | PGO8F        |
| ESM    | 1 | C | TN  | 718 756-9815 |
| ESM    | 1 | T | PKG | PGO8F        |

C1TF8258

IDENTIFICATION SECTION

| | |
|---|---|
| BTN | 718 756-9815 |
| Customer Code | 496 |
| Completion Date | 2010-10-19 |
| Exchange Code | B |
| Application Date | 2010-10-18 |
| Application Time | 14:00:00 |
| Class Of Service | 1MR |
| Sales Code | ▮▮▮▮ |
| Due Date | 2010-10-18 |

BILLING SECTION

| | |
|---|---|
| Billing Name | LEVI HUEBNER |
| Billing Address | 478 MALBONE ST FL 1 |
| Billing Address (C..) | BROOKLYN NY 11225 |
| PON | C63843544    I |
| TAR | 500 |
| Line of Business | 01000 |
| EMA | NONE |
| BI | NOSC    I |
| CSG | C12, B |

SERVICE & EQUIPMENT

TN : 718 756-9815

VARIABLE IDENTIFICATION SECTION

| | | |
|---|---|---|
| CCK | MTAC RMICW | |
| ZSLS | XX | |
| ZFRK | | |
| ESA | | |
| PCL | LOCL, LONG | O |
| PCL | LOCL | I |
| NGD | 08-13-10 | |
| SDL | 4 10-18-10 | I |

LISTING SECTION

| | |
|---|---|
| Listing Name | HEUBNER, S |
| Listing Address | 478 MALBONE, BROOKLYN, NY+ 11225 |
| LOC | FLR 1 |

REMARKS

1-CUSTOMER REQUESTED A LD INTERNATIONAL PLAN
2-MR AUTHORIZED WINBACK
(DL5) NEG RMICW
LV5-RMICW B4
756-9815, HH, 10-18, 15:02
RETURN FROM GDS SYSTEM

| Product | Quantity | Action | Fid | Product / Fid Data |
|---|---|---|---|---|
| 1MR | 1 | C | RIE | |
| | | | WNBK | UNEP, 08-16-10 |
| | | | LPIC | NYC |
| | | | LPCX | 0698 |
| | | | LPCA | SN, 08-16-10 |
| | | | PIC | BAX |
| | | | PICX | 6963 |
| | | | PCA | SN, 08-16-10 |
| 1MR | 1 | T | PIC | NONE |
| | | | PICX | NO |
| | | | PCA | SN, 08-16-10 |

| | | | | |
|---|---|---|---|---|
| | | | LPIC | NYC |
| | | | LPCX | 0698 |
| | | | LPCA | SN, 08-16-10 |
| | | | RIE | |
| | | | WNBK | UNEP, 08-16-10 |
| | | | BI | NOPIC |
| | | | TBE | A |
| PMRTN | 1 | O | | |
| POR1X | 1 | R | | |
| PG08F | 1 | O | | |
| PG08R | 1 | I | | |
| 9PZGU | 1 | O | | |
| PSEBO | 1 | I | PROX | Y |
| RBZXL | 1 | I | LCC | JTB |
| ESC | 1 | C | PKG | PG08F |
| ESC | 1 | T | PKG | OUT |
| ESM | 1 | C | PKG | PG08F |
| ESM | 1 | T | PKG | OUT |
| ESX | 1 | R | RIE | |
| AYW | 1 | R | | |
| N7PXA | 1 | R | RIE | |
| ONEBG | 1 | O | | |
| ON1BS | 1 | O | | |

C1UR5685

### IDENTIFICATION SECTION

| | |
|---|---|
| BTN | 718 756-9815 |
| Customer Code | 496 |
| Completion Date | 2010-10-21 |
| Exchange Code | B |
| Application Date | 2010-10-20 |
| Application Time | 18:00:00 |
| Class Of Service | 1MR |
| Sales Code | ▆▆▆ |
| Due Date | 2010-10-20 |

### BILLING SECTION

| | |
|---|---|
| Billing Name | LEVI HUEBNER |
| Billing Address | 478 MALBONE ST FL 1 |
| Billing Address (C..) | BROOKLYN NY 11225 |
| PON | C63928542      I |
| TAR | 500 |
| Line of Business | 01000 |
| EMA | NONE |
| BI | NOSC      I |
| CSG | C12, B |

### VARIABLE IDENTIFICATION SECTION

| | | |
|---|---|---|
| CCK | MTAC RMICW | |
| ZSLS | XX | |
| ZFRK | | |
| ESA | | |
| SDL | 4 10-18-10 | O |
| PCL | LOCL | O |
| PCL | LOCL, LONG | I |
| NGD | 08-13-10 | |

### LISTING SECTION

| | |
|---|---|
| Listing Name | HEUBNER, S |
| Listing Address | 478 MALBONE, BROOKLYN, NY+ 11225 |
| LOC | FLR 1 |

### REMARKS

1-CUSTOMER REQUESTED A LD INTERNATIONAL PLAN
2-MR AUTHORIZED WINBACK
(DL5) NEG RMICW
LV5-RMICW R4
756-9815, HH, 10-20, 18:00
RETURN FROM GDS SYSTEM

### SERVICE & EQUIPMENT

TN : 718 756-9815

| Product | Quantity | Action | Fid | Product / Fid Data |
|---|---|---|---|---|
| 1MR | 1 | C | RIE | |
| | | | TBE | A |
| | | | WNBK | UNEP, 08-16-10 |
| | | | LPIC | NYC |
| | | | LPCX | 0698 |
| | | | LPCA | SN, 08-16-10 |
| | | | PIC | NONE |
| | | | PICX | NO |
| | | | PCA | SN, 08-16-10 |
| 1MR | 1 | T | PIC | BAX |
| | | | PICX | 6963 |

```
                                    PCA         SN, 08-16-10
                                    LPIC        NYC
                                    LPCX        0698
                                    LPCA        SN, 08-16-10
                                    RIE
                                    WNBK        UNEP, 08-16-10
                                    BI          NOPIC
                                    TBE         OUT
POR1X        1       R
PGO8R        1       O
PGO8F        1       I
PSEBO        1       O      PROX        Y
RBZXL        1       O      LCC         JTB
ESC          1       C
ESC          1       T      PKG         PGO8F
ESM          1       C
ESM          1       T      PKG         PGO8F
ESX          1       R      RIE
AYW          1       R
N7PXA        1       R      RIE
ONEBG        1       I
ON1BS        1       I
PMRTN        1       I
9PZGU        1       I
```

C2BH0603

| IDENTIFICATION SECTION | | VARIABLE IDENTIFICATION SECTION | |
|---|---|---|---|
| BTN | 718 756-9815 | TRAK | V CUS |
| Customer Code | 496 | ZMER | ZZ |
| Completion Date | 2010-11-24 | CCK | TNM-NY92080 999 999-9999 |
| Exchange Code | B | PCL | LOCL, LONG |
| Application Date | 2010-11-24 | ESA | |
| Application Time | 16:00:00 | | |

LISTING SECTION

Class Of Service 1MR
Sales Code      ▮▮▮▮

| | | | |
|---|---|---|---|
| Listing Address | 478 MALBONE, BROOKLYN, NY+ 11225 | | |
| LOC | FLR 1 | | |
| Listing Name | HEUBNER, S | | |

Due Date        2010-11-24
REMARKS
BILLING SECTION

TAR             500
Line of Business 01000
SSN             ***********
BI              RTCP R 01H 00M                          I
NAR             718 756-9815; 11-24-10 01H 00M;         I
                BQ01QU0D

& TCWD 417QLE 11-24-10
& TCWD TM ENTD IN RTCP BY REX 417QLE REPAIR VISIT 11-24-10

SERVICE & EQUIPMENT

TN : 718 756-9815

| Product | Quantity | Action | Fid | Product / Fid Data |
|---|---|---|---|---|
| RMK | | I | | TIME ONLY (7187569815) |

D2HL2943

IDENTIFICATION SECTION

| | |
|---|---|
| BTN | 718 756-9815 |
| Customer Code | 496 |
| Completion Date | 2011-03-23 |
| Exchange Code | B |
| Application Date | 2011-03-15 |
| Application Time | 18:00:00 |
| Class Of Service | 1MR |
| Sales Code | ■■■■■■ |
| Due Date | 2011-03-22 |

DIRECTORY LISTING SECTION

| | | |
|---|---|---|
| DEL | 0;1 | O |

BILLING SECTION

| | | |
|---|---|---|
| TAR | 500 | O |
| Line of Business | 01000 | O |
| SSN | ********** | O |
| EMA | NONE | O |
| DCR | CO | I |
| BI | CLEC | I |
| PON | 41750390 | I |
| LSRN | EB20110315172309 | I |
| | | O |

VARIABLE IDENTIFICATION SECTION

| | | |
|---|---|---|
| PCL | LOCL, LONG | O |
| NGD | 08-13-10 | O |
| EDTP | VZ | O |
| CCK | AUTO 800 684-9012 | |
| TRAK | V OTH | |
| DRO | NONE | |
| LLNF | | |
| QS | N | |
| LNP | | |
| ZFRK | | |
| FDT | 1159P | |

LISTING SECTION

| | | |
|---|---|---|
| Listing Name | HEUBNER, S | O |
| Listing Address | 478 MALBONE, BROOKLYN, NY+ 11225 | O |
| LOC | FLR 1 | O |

TRAFFIC SECTION

| | |
|---|---|
| TC | NONE |

REMARKS

1-CUSTOMER REQUESTED A LD INTERNATIONAL PLAN
2-MR AUTHORIZED WINBACK
(LV5) ORDER PLACED BY STI CALLCENTER 866-416-8167
IMPLEMENTATION CONTACT STI CALLCENTER CBR 718-756-9815
LVLC
RETURN FROM GDS SYSTEM
756-9815, HH, 03-23, 00:56

SERVICE & EQUIPMENT

TN : 718 756-9815

| Product | Quantity | Action | Fid | Product / Fid Data |
|---|---|---|---|---|
| RMK | | I | | FDT 0659P |
| 1MR | 1 | O | RIE | |
| | | | WNBK | UNEP, 08-16-10 |
| | | | LPIC | NYC |

|       |   |   |      |             |
|-------|---|---|------|-------------|
|       |   |   | LPCX | 0698        |
|       |   |   | LPCA | SN, 08-16-10 |
|       |   |   | PIC  | BAX         |
|       |   |   | PICX | 6963        |
|       |   |   | PCA  | SN, 08-16-10 |
|       |   |   | POUT |             |
|       |   |   | OLDP | 9104        |
|       |   |   | NEWP | 8824        |
|       |   |   | LNPP |             |
|       |   |   | NPDI | C           |
| PMRTN | 1 | 0 |      |             |
| PGO8F | 1 | 0 |      |             |
| ESC   | 1 | 0 | PKG  | PGO8F       |
| ESM   | 1 | 0 | PKG  | PGO8F       |
| ONEBG | 1 | 0 |      |             |
| ON1BS | 1 | 0 |      |             |
| 9PZGU | 1 | 0 |      |             |
| POR1X | 1 | 0 |      |             |
| AYW   | 1 | 0 |      |             |
| N7PXA | 1 | 0 | RIE  |             |
| ESX   | 1 | 0 | RIE  |             |