# Exhibit C



June 30, 2015

Jacob T. Fogel, Esq.
26 Court Street, Ste. 908
Brooklyn, NY 11242

Re:    Levi Huebner
       I.C. System Reference No.: 38136213-1-99

Dear Mr. Fogel:

This is in response to the subpoena sent to us regarding Levi Huebner. I.C. System, Inc. is a collection agency. Attached are computer screen prints outlining the collection activity on the account. Our records indicate the following:

1. On July 12, 2011 our client, Verizon, placed an account owing by Levi Huebner to Verizon in the amount of $131.21 with I.C. System for collection.
2. I.C. System sent its initial notice dated July 14, 2011 to the consumer. A copy of the July 14, 2011 letter is attached for your review. There is no record of a mail return.
3. On July 27, 2011 I.C. learned of a dispute surrounding the account. The account was flagged as disputed. I.C. suspended collection activity, notified its client of the dispute and requested validation of the account.
4. I.C. System did not receive validation of the account. Subsequently, Verizon recalled the account from our office.

The account has been archived from our system.

Sincerely,

Candice Aguilar
Consumer Affairs Representative
I.C. System, Inc.
Phone: 1/800-279-7951
Fax: 651/204-1220
Email: consumeraffairs@icsystem.com

Enclosures

**Account: 38136213-1-99**
**Status: R- Recall/Full Acct Recall By Cli**

Debt Category: Consumer

**Huebner,Levi**
478 Malbone St Fl 1
Brooklyn, NY 112253200
*Address Status:*

**Service Summary**
Premier Collect
3rd Party
Intensive Collection

70 Years
IC System
*Intelligent Collections*

**Client Summary**
Client: 1080576 - VERIZON
Agreement #: 73856156
Special Handling: None
Notes: 90% COMPS

( ) Credit Report
( ) Litigation
( ) Attorney Referral
(X) Settlement Allowed
( ) Interest
(X) Dispute
( ) Bankruptcy

## Latest Activity

| Activity Name | Activity Date | Activity Description |
|---|---|---|
| Most Recent Series Letter Sent | 7/15/2011 1:53:38 AM | Validation Letter 510 Initial notice - first in the Sent |
| Last Attempt | 7/26/2011 10:49:36 AM | Debtor Home (718) 756-9615 Answer Machine |
| Last Contact | 7/27/2011 11:48:24 AM | Debtor Unidentified Phone Dispute - Answer Required |

## Account Balance

| Type | Account Original Balance | Account Current Balance | Account Non Payment Adjustments | Account Payments |
|---|---|---|---|---|
| Principal | $131.21 | $131.21 | $0.00 | $0.00 |

## Debt Detail

| Debt Number | On File | ODN | Status | Entry Date | Original Charge Date | Agency Days |
|---|---|---|---|---|---|---|
| 22484878 | N | 7187569815498223 | R | 07/12/2011 | | 1444 |

## Bankruptcy Information

Chapter:
Status:
Filed Date:
Docket #:
State Filed:
County:
City Filed:
Status Date:
Proof of Claim Date:
Bar Date:
Meeting Date:
Meeting Location:
Petitioner Name:

**Court**
Court District:
Address 1:
Address 2:
City:
State:
Phone:
Zip:

**Trustee**
Name:
Address 1:
City:
State:
Zip:
Phone:

## All Phones

| Relationship To Debtor | Phone Type | Phone Status | Number | TZ | 1st Party | 3rd Party | Overall Total | Source | Method |
|---|---|---|---|---|---|---|---|---|---|
| Debtor: Huebner, Levi | Home | Unknown | (718) 756-9815 | EST | 0/0/0 | 9/3/0 | 9/3/0 | Client | File |
| Debtor: Huebner, Levi | Unidentified Phone | Inbound | | | 0/0/0 | 0/0/1 | 0/0/1 | IC System | Batch |

## Notes

| Date | Note | Source | Method | User |
|---|---|---|---|---|
| 7/13/2011 1:43:03 AM | EXP RECOV RETAIL SCORE | Experian | File | batchuser |
| 7/18/2011 9:17:45 AM | HU | IC System | User | Shally Vue |
| 7/27/2011 11:48:42 AM | mr claims this is invalid, adv. e disp. ltr. adv. coll wil continue, mr claims he will have his attorney contact us. vic mm | IC System | User | Kathy Malles |
| 7/27/2011 12:05:06 PM | AT*UNCOOP*FAXING LTR WLD NOT GVE ATTY NAME/GAVE FAX# | IC System | User | Barb Miller |
| 7/27/2011 1:09:01 PM | dr9(fax)deotor is atty**disputes&req val**cf=ref2cred | IC System | User | Barb Miller |
| 7/27/2011 1:10:36 PM | **pull debtor ltr before sending val | IC System | User | Barb Miller |
| 5/10/2011 1:44:36 PM | RCVD TICKET FROM IGO # 10637200727201172552 AFTER RESEARCH, CREDITS, PMTS AND ADJMNT THESE CHRGS ARE CORRECT DISPUTE UNSUBSTANTIATED RESUME COLLECTIONS | Client | File | batchuser |
| 9/12/2011 10:50:36 AM | dr9 same | IC System | User | Heather Hale |

## History

## Account History (Click Here to Display)

## Balance

| Debt ID | Incurreddate | Transaction Date | Transaction Type | Amount | Principal Balance | Source | Method | User Name |
|---|---|---|---|---|---|---|---|---|
| 22484878 | | 7/11/2011 | Initial Placement | $131.21 | $131.21 | Client | File | |
| 22484878 | | 6/28/2015 | Current Balance | $131.21 | $131.21 | Client | File | |

## Payment

## Payment Arrangement

## Letter

| Requested | Letter #-Name | Party | Status | Printed | Source | Method | User | Validation On Letter | Delivery Method |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/2011 | 510-Initial notice - first in the | 3rd Party | S | 07/15/2011 | IC System | Batch | | X | Mail |

## Combine Message

| Requested | Combine Message | Note | Status | Source | Method |
|---|---|---|---|---|---|

## Phase History

| Party | Phase | Phase Status | Phase Start Date | Phase End Date | Service | Service Status | Service Start Date | Service End Date | Next Action Date | Process Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Letters | S | 07/12/2011 | 09/25/2011 | 09/12/20 11 | Verizon Letter Plan with tier >100 |
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Calls | S | 07/12/2011 | 09/25/2011 | 09/26/20 11 | 5001 |
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Skip Trace | S | 07/12/2011 | 09/25/2011 | 07/12/20 11 | Age, Balance >1000.00, Address Skip Plan |
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Credit Reporting | N | 07/12/2011 | 07/12/2011 | 07/12/20 11 | No Processing |
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Data Enhancem ent | C | 07/12/2011 | 07/12/2011 | 07/12/20 11 | Verizon/MCI Data Enhancement Service Plan |
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Close/Retu m | S | 07/12/2011 | 10/11/2011 | | Verizon Close/Return |
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Wait | C | 07/12/2011 | 07/12/2011 | 07/12/20 11 | Grace Period Wait |
| 3rd Party | Intensive Collection | S | 07/12/2011 | 10/11/2011 | Standardiz ation | C | 07/12/2011 | 07/12/2011 | 07/12/20 11 | NCOA-Standardization |

## Letter Fees

| Date | Transaction Id | Fee Type | Fee Amount | Status | Note | Reason | Source | Method |
|---|---|---|---|---|---|---|---|---|

## Waived Letter Fees

| Date | Fee Type | Fee Amount | Waive User | Override User Name |
|---|---|---|---|---|

## Link/Unlink

| Date/Time | Account # | Debt Id | End Date |
|---|---|---|---|
| 7/12/2011 11:10:56 AM | 38136213-1-99 | 22484878 | |

# Debtor

Debtor: Levi Huebner
SSN:
Birth Date:
Business License Number:
Business Type:

Date of Death:
County:
Death Certificate #:
( ) Copy of Death Certificate

## Debtor Addresses

| Current | Primary | Status | Reason | Type | Address | Source | Method | Update Date | Update User |
|---|---|---|---|---|---|---|---|---|---|
| X | | Unknown | | Last Client Address | 478 MALBONE ST FL 1 BROOKLYN, NY 112253200 | Client | File | 7/12/2011 11:10:56 AM | batchuser |
| | X | Unknown | Donnelly Updated | Home | 478 Malbone St Fl 1 Brooklyn, NY 112253200 | Donnelly | File | 7/13/2011 1:07:10 AM | batchuser |
| X | X | Unknown | Donnelly Updated | Home | 478 Malbone St Fl 1 Brooklyn, NY 112253200 | Donnelly | File | 7/13/2011 1:07:10 AM | batchuser |

| X | Unknown | Melissa Updated | Home | 476 Malbone St Fl 1 Brooklyn, NY 112253200 | Client | File | 7/12/2011 11:10:56 AM | batchuser |
|---|---------|-----------------|------|--------------------------------------------|--------|------|----------------------|-----------|

**Debtor E-Mail**

**Contacts**

**Contact Name**

**Contacts Addresses**

**Contacts E-Mail**

444 Highway 96 East, P.O. Box 64437
St. Paul, MN 55164-0437

**Address Service Requested**

St. Paul, MN 55164-0794
Toll-Free No.: 888/312-3593
Mon - Thur 7:00 AM - 8:00 PM CT
Fri 7:00 AM - 2:30 PM CT
Sat 7:00 AM - 2:30 PM CT


I.C. SYSTEM

I.C. System Reference Number: 38136213-1-99

July 14, 2011

RE: Verizon
    Principal Due:              $131.21
    **BALANCE DUE:**         **$131.21**
    Account No: 7187569815496223

$.00 has been Paid Since Placement

#BWNPHDV
#3813621351011JE9#
LEVI HUEBNER
478 MALBONE ST FL 1
BROOKLYN, NY 11225-3200

Dear Levi Huebner:

Your delinquent account has been turned over to this collection agency.

Tear off the bottom portion of this letter and return it with your payment.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Beth Brown
Beth Brown
Manager

You may pay online at www.yourpayment.com. Once there, you will need to enter your Reference Number: 38136213-1-99. There are no additional charges for making your payment online.

NOTICE

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Telephone calls to or from our General Office are randomly monitored by supervisory personnel for business reasons not directly related to your account. Calls may be monitored and recorded for quality assurance.
New York City Department of Consumer Affairs License No. 0908324, 1266437, 1266462, 1266469, and 1270672

0510-System-030091944-1SC-001901

TEAR OFF THIS PORTION AND RETURN WITH PAYMENT
MAKE CHECK PAYABLE TO I.C. SYSTEM, INC.

I.C. System Reference Number: 38136213-1-99

**Levi Huebner**
**478 Malbone St Fl 1**
**Brooklyn, NY 11225-3200**

RE: Verizon
    Principal Due:              $131.21
    **BALANCE DUE:**         $131.21
    Account No: 7187569815496223

$.00 has been Paid Since Placement

I.C. System, Inc.
PO Box 64378
Saint Paul MN 55164-0378

0510000013121038136213001990101