# Exhibit E



My Credit Center   Loan Center   Credit Resources   Logout

View Current Report   View Archived Reports   View Alerts   Edit Profile

## Alerts

Enjoy peace of mind knowing all 3 of your national credit files are monitored every day and that you will be informed of key changes when they occur. Actively monitoring your credit can be your first line of defense against identity fraud and potential inaccuracies.

**CreditCheck® Total has detected the following changes on your credit report(s).** The monitoring categories marked with a check indicate items you have not yet viewed.

- ☐ New Inquiries
- ☑ Potentially Negative Information
- ☐ Public Records
- ☐ New Accounts
- ☐ Address Changes

**Disclosure**
Each monitoring alert is available on this report from the date the alert is posted, with the most recent addition at the top of each category. Please note that information is reported to your credit report at different times during the day; therefore, although your credit is scanned daily, the actual calendar day of your alert notification and the date your alert is posted may differ.

## New Inquiries
The following inquiries are "hard" or voluntary inquiries and were generated because you authorized the companies listed to request a copy of your credit report.





^Top of Page^

## Potentially Negative Information

An item is "potentially negative" when a creditor reports that you have not met the terms of your agreement wth them, which may include late payments, accounts that have been charged off, accounts sent to collection, bankruptcies, liens, judgments, etc.

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|



**Balance Date:**
**09/29/2013**
**Business Name:** MIDLAND FUNDING COLLECTIONS
**Account Status:**
**Status Date:** 09/25/2013
**Balance Amount:** $131
**Balance Date:**