# Exhibit F

```
 1                                                              1
 2
 3
 4
 5
 6
 7
 8            PHONE CALL BY LEVI HUEBNER TO MIDLAND
 9                      CREDIT MANAGEMENT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                                                    2
 2              A RECORDING:  Thank you for
 3         calling Midland Credit Management, a
 4         debt collection company.  To continue
 5         in English, press one.
 6              (Spanish)
 7              A RECORDING:  If you know your
 8         parties five digit extension, enter it
 9         now.
10              If you do not know --
11              Your call may be monitored or
12         recorded.  If you do not wish for this
13         to happen, please advise the person who
14         answers your call.
15              This is an attempt to collect a
16         debt.  Any information obtained will be
17         used for that purpose.  Please leave a
18         voice message for David Strimson.
19              At the tone, please record your
20         message.  When you are finished
21         recording, hang up or press pound for
22         more options.
23              (Ring tone)
24              MR. HUEBNER:  Hello, this is Mr.
25         Huebner.  I would like to speak to Mr.
```

```
 1                                                   3
 2         Strimson.  Can you kindly give me a
 3         call.  I would appreciate it.
 4         917-701-5432.  917-701-5432.  Thank
 5         you.
 6                 (Dialing phone)
 7                 A RECORDING:  Thank you for
 8         calling Midland Credit Management.  A
 9         debt collection company.  To continue
10         in English, press one.  (Spanish).
11                 If you know your party's five
12         digit extension, enter it now.  If you
13         do not know your party's extension,
14         press 6.  To search by last name or
15         further assistance.  Press zero now.
16                 Your call may be monitored or
17         recorded.  If you do not wish for this
18         to happen please advise the person who
19         answers your call.
20                 This is an attempt to collect a
21         debt.  Any information obtained will be
22         used for that purpose.
23                 (Music recording)
24                 A RECORDING:  Thank you for
25         calling.
```

```
 1                                              4
 2           A VOICE:  Thank you for calling
 3      MCM.  You are talking to Josh Gables.
 4      May I have your MCM account number.
 5           MR. HUEBNER:  I don't really know
 6      no account number but I got a thing on
 7      my credit report that said that I have
 8      something on there by Midland Funding.
 9           MR. GABLES:  Okay.  I hope I will
10      be able to answer.  Your first name and
11      last name.
12           MR. HUEBNER:  Levi, L E V I.
13      Last name is Huebner, H U E B N E R.
14           MR. GABLES:  So this is the first
15      time you're calling us and you didn't
16      receive any calls or not even a letter
17      from us?
18           MR. HUEBNER:  I never received a
19      letter from you.  I just found out
20      about this because I had -- I got
21      something on the credit report.
22           MR. GABLES:  Could you tell me
23      the social, please.
24           MR. HUEBNER:  Well, it has an
25      account number.  I can give you the
```

5

1
2         account number.
3              MR. GABLES:  This is for ten
4         digits?
5              MR. HUEBNER:  Hold on.  It starts
6         off 855965.
7              MR. GABLES:  855965.  That's not
8         a complete number, sir.
9              MR. HUEBNER:  Well, I'm looking
10        at an account number that I could
11        associate this with.  You know, I don't
12        know where you got that account number.
13        That's the account number, I have a
14        different account number.  Let me see
15        here.  It shows 85 -- it's 7187569815.
16             MR. GABLES:  So 7187569815.
17             MR. HUEBNER:  Yeah.
18             MR. GABLES:  Okay, that's the
19        original account number that actually
20        matches a telephone number that you
21        have with Verizon and that's the
22        telephone number.  It's a home
23        telephone line that was activated by
24        Verizon back in 2010 till 2011.
25             MR. HUEBNER:  Okay.

```
 1                                               6
 2              MR. GABLES:  Okay.  And I'll give
 3        you the account number with our
 4        company.  So write it down.
 5              MR. HUEBNER:  Okay.  Just a
 6        minute.
 7              MR. GABLES:  It is --
 8              MR. HUEBNER:  Just a minute.  I'm
 9        getting a pen and paper, if you don't
10        mind.
11              MR. GABLES:  Sure.  Sure.
12              MR. HUEBNER:  Okay.  So the
13        account number -- hold on a second.
14        This is your account number?
15              MR. GABLES:  Yes.  I'm going to
16        give you our account number.
17              MR. HUEBNER:  Go ahead.
18              MR. GABLES:  So 855 --
19              MR. HUEBNER:  855.
20              MR. GABLES:  -- 965 --
21              MR. HUEBNER:  965.
22              MR. GABLES:  -- 9948.
23              MR. HUEBNER:  9948.  That's the
24        Midland account?
25              MR. GABLES:  Yes, yes.  That is
```

```
 1                                                     7
 2        right.  So the bill amount is for
 3        $131.21 for --
 4              MR. HUEBNER:  Okay.  Did Midland
 5        send me a letter about this account?
 6              MR. GABLES:  Sir, I will verify
 7        the letter that was sent to you.  I
 8        think we also, the address which we
 9        mailed the letter to, it was in August,
10        478 Malbone Street, first floor.
11        That's the address which we have for
12        Brooklyn, New York.  That's the only
13        address we have.
14              MR. HUEBNER:  Okay.  And you sent
15        a letter there?
16              MR. GABLES:  Yes, we sent a
17        letter the month of August when Verizon
18        sold your account to us.
19              MR. HUEBNER:  Okay.  That's
20        wonderful to hear that.  And I want to
21        know, if I want to dispute the debt,
22        what do I have to do?
23              MR. GABLES:  Give me one minute.
24        One minute, sir.  Okay.  The account
25        number which I gave you, I'm going to
```

```
                                                     8
 1
 2         connect your call with one of my
 3         departments, okay, the dispute
 4         department, give that account number to
 5         them, and they will go ahead and
 6         explain to you the procedure for how to
 7         dispute the accounting, how the account
 8         will be taken care of.
 9              MR. HUEBNER:  Okay.
10              MR. GABLES:  Okay.  One minute,
11         I'll transfer you to them.
12              (Pause)
13              (Music recording)
14              A RECORDING:  Please continue to
15         hold for just a moment longer.  We will
16         be on the line shortly to answer your
17         call.
18              (Music recording)
19              A RECORDING:  Thank you for
20         calling Midland Credit Management, a
21         debt collection company.  Your call may
22         be monitored or recorded.  If you do
23         not wish for this to happen, please
24         advise the person who answers your
25         call.  This is an attempt to collect a
```

```
 1                                                          9
 2           debt, any information obtained will be
 3           used for that purpose.
 4                   To continue in English press 1.
 5                   (Spanish)
 6                   (Music recording)
 7                   A RECORDING:  Thank you for your
 8           continued patience.  Please hold for
 9           the next available agent.  Be assured
10           that your call will be answered as
11           quickly as possible.
12                   Thank you for your continued
13           patience, please hold for the next
14           available agent.
15                   (Music recording)
16                   A RECORDING:  Please continue to
17           hold for just a moment longer.
18                   Thank you for your continued
19           patience.  Please hold for the next
20           available agent.
21                   (Music recording)
22                   A RECORDING:  Thank you for your
23           continued patience.  Please hold for
24           the next available agent.
25                   (Music recording)
```

```
 1                                                10
 2             A RECORDING:  Thank you for your
 3       continued patience.  Please hold for
 4       the next available agent.
 5             (Music recording)
 6             A RECORDING:  Please continue to
 7       hold for just a moment longer.  We will
 8       be on the line shortly to answer.
 9       Thank you for your continued patience.
10       Please hold for the next available
11       agent.
12             (Music recording)
13             A RECORDING:  Thank you for your
14       continued patience.  Please hold for
15       the next available agent.
16             (Music recording)
17             A RECORDING:  Thank you for
18       calling.  Please be assured that your
19       call will be answered as quickly as
20       possible.
21             (Music recording)
22             A RECORDING:  Thank you for your
23       continued patience.  Please hold for
24       the next available agent.
25             (Music recording)
```

```
1                                                11
2                 (Ringing)
3                 A VOICE:  Thank you for calling
4        MCM.  My name is Emma Elliott.  May I
5        have the account number, please?
6                 MR. HUEBNER:  Hi, how are you?
7                 MS. ELLIOTT:  I'm good, thank
8        you.  How are you today?
9                 MR. HUEBNER:  Very good.  The
10       account number is 8559659948.
11                MS. ELLIOTT:  9948?
12                MR. HUEBNER:  Correct.
13                MS. ELLIOTT:  And what is your
14       name, please?
15                MR. HUEBNER:  Levi Huebner.  And
16       may I ask your name?
17                MS. ELLIOTT:  My name is Emma.
18                MR. HUEBNER:  E-- how do you
19       spell that?
20                MS. ELLIOTT:  E M M A.
21                MR. HUEBNER:  Okay.
22                MS. ELLIOTT:  Okay.  It is 478
23       Malbone Street is your current address,
24       sir?
25                MR. HUEBNER:  That's correct.
```

```
 1                                               12
 2              MS. ELLIOTT:  Okay.  How can I
 3         assist you on this Verizon New York
 4         account?
 5              MR. HUEBNER:  Well, I want to
 6         know what do I have to do if I want to
 7         dispute the debt.
 8              MS. ELLIOTT:  Just advise me what
 9         your dispute is and I can see if I can
10         assist you with that.
11              MR. HUEBNER:  How do I get it off
12         my credit report?
13              MS. ELLIOTT:  Well, we need to,
14         you know, work with what your dispute
15         is in order to remove it, sir.  So why
16         are you disputing?
17              MR. HUEBNER:  I don't understand.
18         I just can't get it off my credit
19         report.
20              MS. ELLIOTT:  No, sir.  We just
21         can't delete an account because the
22         consumer wants it deleted.  We need to
23         know why they want it deleted and what
24         their dispute is.
25              I can assist you with your
```

```
 1                                          13
 2         dispute here, sir.
 3              MR. HUEBNER:  I don't understand.
 4         I can't get it off my credit card -- my
 5         account without paying it?
 6              MS. ELLIOTT:  That's not what I
 7         said, sir.  I need to know what your
 8         dispute is before I can just delete it
 9         for you.
10              So you are saying you want to
11         dispute it.  Why is it that you want to
12         dispute it?
13              MR. HUEBNER:  Because it is a
14         nonexistent debt.
15              MS. ELLIOTT:  Okay.  Can you
16         elaborate as to what that means.  Did
17         you already pay it with Verizon?  Did
18         you never have Verizon?
19              MR. HUEBNER:  Do you have a
20         contact information?
21              MS. ELLIOTT:  What do you mean,
22         sir?
23              MR. HUEBNER:  Well, I don't
24         understand what questions you are
25         asking me.
```

```
 1                                         14
 2              MS. ELLIOTT:  Sir, you called in
 3         to dispute the debt.  I need to know
 4         why you are disputing.  So I'm asking
 5         you questions --
 6              MR. HUEBNER:  I'm telling you
 7         it's a nonexistent debt.
 8              MS. ELLIOTT:  Okay, sir, but I
 9         don't know what that means.  It is
10         existent because it's here in our
11         system, so why are you stating it's
12         nonexistent?
13              MR. HUEBNER:  Because it is
14         nonexistent.  How am I supposed to tell
15         you?  I can't prove a negative.  It is
16         nonexistent.
17              MS. ELLIOTT:  Okay, sir.  But I
18         don't know what that means.  So I need
19         you to elaborate so I can assist you
20         with your dispute.
21         Did you ever have Verizon?
22              MR. HUEBNER:  Okay.  So can I ask
23         you a question?
24              MS. ELLIOTT:  Sure.
25              MR. HUEBNER:  So I don't
```

```
                                              15
 1
 2        understand what you are saying.  Do you
 3        have a contact that number?
 4             MS. ELLIOTT:  Yes, sir.  But my
 5        contact number is not going to assist
 6        you with your dispute.
 7             MR. HUEBNER:  Well, I don't
 8        understand.  If I want to -- I got
 9        to -- I want to -- I want to have to --
10        if I got to look in my files and see if
11        I find anything, but I am going to have
12        to call you back.
13             MS. ELLIOTT:  Okay.  Our
14        extension here is 32980.
15             MR. HUEBNER:  I don't know, what,
16        you mean the same number?
17             MS. ELLIOTT:  Yes, sir.
18             MR. HUEBNER:  800 -- just a
19        second -- 265-8825.  Extension?
20             MS. ELLIOTT:  32980.
21             MR. HUEBNER:  32980.  Okay, thank
22        you, Emma.
23             MS. ELLIOTT:  You're welcome,
24        sir.  Did you want to move forward on
25        your dispute?
```

```
 1                                          16
 2           MR. HUEBNER:  I told you I
 3      dispute it because it's a nonexistent
 4      debt.
 5           MS. ELLIOTT:  I understand, sir.
 6      But you haven't given me why you are
 7      disputing.  You are just saying you are
 8      disputing.  I need to know what you are
 9      disputing.
10           MR. HUEBNER:  It's a nonexistent
11      debt.
12           MS. ELLIOTT:  Okay, sir, but
13      that's not a dispute.
14           MR. HUEBNER:  Okay, so.
15           MS. ELLIOTT:  Did you ever have
16      Verizon, sir?
17           MR. HUEBNER:  I don't understand
18      the question you are asking me.  This
19      is a nonexistent debt.  I don't
20      understand the question you are asking
21      me.
22           MS. ELLIOTT:  It's a very
23      straightforward question.  Did you ever
24      have Verizon service?
25           MR. HUEBNER:  But I told you.
```

```
 1                                                    17
 2         You asked me, I told you.  If you're
 3         telling me, you are not going to take
 4         my dispute, that's fine.  I'm just
 5         going to try to see if I can get more
 6         information.
 7              MS. ELLIOTT:  I am trying to help
 8         you with your dispute, sir, but you are
 9         not really helping me help you.
10              MR. HUEBNER:  Okay.  If I call
11         back that number, if I have more
12         information, if I call back that
13         number, then I can reach you?
14              MS. ELLIOTT:  You will get
15         someone in my department, sir, yes.
16              MR. HUEBNER:  I'll get someone in
17         your department?
18              MS. ELLIOTT:  We don't have
19         direct extensions.  This is a
20         department extension.
21              MR. HUEBNER:  Okay.  So what
22         department is this that I'm speaking
23         to?
24              MS. ELLIOTT:  Consumer support.
25              MR. HUEBNER:  Okay.  Thank you
```

```
 1                                                      18
 2           very much.
 3                   MS. ELLIOTT:  You're welcome,
 4           sir.
 5                   (Recording ended)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                           19
                          CERTIFICATE


     STATE OF NEW YORK )
                       ) ss.
     COUNTY OF NEW YORK)


          I, Joseph B. Pirozzi, a Registered
     Professional Reporter and Notary Public
     within and for the State of New York, do
     hereby certify:
          That the foregoing transcript is a
     true record of the recorded telephone
     conversation.
          I further certify that I am not
     related to any of the parties to this action
     by blood or marriage and that I am in no way
     interested in the outcome of this matter.



                            _____
                                JOSEPH B. PIROZZI
```