**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

Direct Dial: 212-376-6433
Email: mbjohnson@mdwcg.com

October 5, 2016

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:**   **Levi Huebner v. Midland Credit Management, Inc.**
            **Docket Number 1:14-cv-06046-BMC**

Dear Judge Cogan:

    As the Court is aware, on September 30, 2016, Plaintiff's counsel Leopold Gross applied for and was granted leave to file Exhibits H, I and J to Plaintiff's Response to the motion for sanctions of Midland Credit Management, Inc. and Midland Funding LLC ("Midland"). Midland has not yet received copies of the documents Plaintiff filed under seal via mail, email, ECF or otherwise.

    I emailed Mr. Gross yesterday evening, asking that he or one of Plaintiff's other counsel email me the sealed exhibits. Receiving no response, I called Mr. Gross, who stated he was traveling but would address my request upon his return to the office. Minutes later, Mr. Gross filed ECF document 131, which purports to consist of Plaintiff's Exhibits H, I and J; however, I am unable to access that document. I called Mr. Gross back but received his voicemail. Mr. Gross did not immediately return my message.

    Midland's reply brief is due October 7, 2016. As Midland has not yet been served Plaintiff's full response, Midland respectfully requests that the Court order Plaintiff to serve all sealed exhibits accompanying his response in opposition to Midland's motion for sanctions forthwith. Midland further requests seven days to reply to Plaintiff's response after Midland's receipt of Plaintiff's sealed exhibits.

                            Respectfully submitted,

                            */s/ Matthew B. Johnson*