From: "Johnson, Matthew B." <MBJohnson@mdwcg.com>
Date: Nov 30, 2016 8:48 AM
Subject: RE: Huebner v. Midland Credit Management, Inc. et al. - 1:14-cv-06046-BMC
To: "Leopold Gross" <lgross@leopoldgross.com>
Cc: "Schwartz, Andrew M." <AMSchwartz@mdwcg.com>

Hello Mr. Gross:

The court's order does not call for a response to our submission regarding fees:

"Defendant is ordered to submit proof of its fees and costs related to both its motion for sanctions and its opposition to class certification within 14 days. Alternatively, the parties can have a discussion about this case and resolve this issue themselves." DE 134.

The opportunity to respond was provided when Midland moved for sanctions. Submission of our fees is not a motion. If Plaintiff wishes to respond to our submission, Plaintiff will have to petition the Court for permission to do so.

As we do not believe that the court expects or requested Plaintiff to respond, Midland will not agree to an extension to do so.

Sincerely,

Matt



**Matthew B. Johnson**
*Attorney at Law*
bio | e-mail | website

Wall Street Plaza
88 Pine St., 21st Floor
New York, NY 10005-1801
Direct:   (212) 376-6433

| | |
|---|---|
| Main: | (212) 376-6400 |
| Fax: | (212) 376-6490 |

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MBJohnson@MDWCG.com , or by telephone at (212) 376-6433 and then delete the message and its attachments from your computer.

**From:** Leopold Gross [mailto:lgross@leopoldgross.com]
**Sent:** Wednesday, November 30, 2016 8:36 AM
**To:** Johnson, Matthew B.
**Subject:** Huebner v. Midland Credit Management, Inc. et al. - 1:14-cv-06046-BMC

Dear Mr. Johnson:

      I am requesting an extension until Monday December 5, 2016 to file Plaintiff's reply to Defendants' submission regarding its proof of fees. Please let me know if Defendant consents to the requested extension.

      Thank you for your consideration in this matter. Please feel free to contact the undersigned with any questions.

Sincerely,

---
Leopold Gross, Esq.
LEOPOLD GROSS PLLC
26 Court Street, Suite 1200
Brooklyn, New York 11242
Tel:  (212) 943-4300
Fax: (646) 943-8151

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies. To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (and its attachments), unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.