# LEVI HUEBNER & ASSOCIATES, PC
## ATTORNEYS AND COUNSELORS AT LAW

---

535 DEAN STREET, SUITE 100
BROOKLYN, NY 11217
TEL: (212) 354-5555
FAX: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

December 30, 2016

**Via ECF To:**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza South, 704S
Brooklyn, NY 11201

  Re: *Huebner v. Midland Credit Management*, **Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

  As you know I am the Plaintiff in this matter.

  I am respectfully requesting that the deadline to pay the $9,850 to defendants be extended from December 30, 2016 to January 6, 2017.

  I contacted Andrew M. Schwartz, counsel for defendants and he consented to plaintiff's request for a one week extension.

  The Court's Order dated December 23, 2016 directed that "The fees are to be paid within seven days, failing which the Clerk shall be directed to enter judgment" (the "Order"). The Order was not filed until 8:43 p.m. December 23, 2016, Friday evening. As this Court knows plaintiff, his counsel and Mr, Poltorak are Sabbath observers. Thus, we did not become aware of the Order until two days after the order was issued.

  Moreover, due to the holiday schedule the banks and the post office were closed through Monday December 26, 2016 and pending delivery and transfers of funds due to the undersigned were delayed. Additionally, due the birth of my grandson and the attending ceremonies my office was closed yesterday.

  Due to the foregoing am I respectfully requesting that plaintiff be granted an extension until January 6, 2017 so that plaintiff may be afforded sufficient time to furnish this Court with notice of compliance of the Order.

         Respectfully submitted,

         Levi Huebner & Associates, PC

         / s / Levi Huebner

         _____
         Levi Huebner

Cc: Via ECF To:

Matthew B. Johnson, Esq.
Marshal Dennehey Warner Coelman & Goggin
MBJohnson@MDWCG.com
*Attorneys for Defendants*

Elie C. Poltorak
Poltorak, PC
elie@poltoraklaw.com
*Prior Attorneys for Plaintiff*