# LEVI HUEBNER & ASSOCIATES, PC
## ATTORNEYS AND COUNSELORS AT LAW

---

535 DEAN STREET, SUITE 100
BROOKLYN, NY 11217
TEL: (212) 354-5555
FAX: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

January 3, 2017

**Via ECF To:**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza South, 704S
Brooklyn, NY 11201

    Re:    *Huebner v. Midland Credit Management,* **Case No. 14-cv-06046-BMC**

Dear Judge Cogan:

    As you know I am the Plaintiff in this matter.

    Let this confirm that Andrew M. Schwartz, counsel for the Defendants, agreed that Marshal Dennehey Warner Coelman & Goggin (the "Frim") will hold the $9,850 in its escrow account until the outcome of the Plaintiff's appeal currently pending in the 2nd Circuit is determined.

    This afternoon Andrew M. Schwartz, Esq. confirmed that the Firm received the $9,850 and that the Defendants waive entry of judgement in this matter.

    Respectfully submitted,

    Levi Huebner & Associates, PC

    / s / Levi Huebner
    _____
    Levi Huebner

Cc:    Via ECF To:

    Matthew B. Johnson, Esq.
    Marshal Dennehey Warner Coelman & Goggin
    MBJohnson@MDWCG.com
    *Attorneys for Defendants*

    Elie C. Poltorak
    Poltorak, PC
    elie@poltoraklaw.com
    *Prior Attorneys for Plaintiff*